IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| S.S., a minor by and through her next friends Becky Sartory and Mark Sartory, and Becky Sartory, individually, Mark Sartory, individually, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>SAM'S EAST, INC., et al., <br><br>　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>No. 4:15-cv-873-DGK |

## ORDER APPROVING MINOR SETTLEMENT

On August 29, 2017, the Court entered an order approving minor settlement (Doc. 88).

As part of that order, the Court found:

> Plaintiffs Mark and Becky Sartory are ORDERED to execute the Release, Settlement, Confidentiality and Indemnity Agreement on S.S.'s behalf. It is further ORDERED that: (1) the attorney's fees and litigation expenses outlined in the parties' briefing (Docs. 85-1, 87), are APPROVED; (2) the entirety of the settlement proceeds shall be used to purchase an annuity for S.S., as outlined above; and (3) Plaintiffs shall collect the proceeds outlined above and acknowledge satisfaction in whole of these proceeds. The Court will dismiss this matter with prejudice only after the filing on the record of Plaintiffs' acknowledgement.

On September 15, 2017, Plaintiffs filed an Acknowledgement of Compliance with the Court's Order Approving Minor's Settlement (Doc. 89). Therefore, this matter is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Date:   January 4, 2018　　　　　　　　　／s/Greg Kays
　　　　　　　　　　　　　　　　　　　　GREG KAYS, CHIEF JUDGE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT